Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Benjamin R. Buchwalter (State Bar No. 301130)
bbuchwalter@fbm.com
Jacqueline M. Gerson (State Bar No. 351165)
jgerson@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAQUAN RAMDHAN,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 2:24-cv-08471 MWC (SKx)<br><br>**DEFENDANT'S RULE 26(f) REPORT**<br><br>Judge: Hon. Michelle Williams Court<br>Date: February 21, 2025<br>Time: 1:30 p.m.<br>Crtrm.: 6A<br><br>Complaint Filed: September 29, 2024<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order Setting Mandatory Scheduling Conference (ECF No. 17), Defendant Amazon.com, Inc. ("Amazon" or "Defendant") submits the following Rule 26(f) Report. Amazon attempted to meet and confer with Plaintiff Jaquan Ramdhan ("Plaintiff") regarding the Joint Rule 26(f) report, including by sending a draft Word version for his review and input. Plaintiff did not substantively respond. Yet, on February 7, Plaintiff emailed asking that Defendant send all future correspondence by U.S. Mail (which Defendant can do moving forward).

/ / /

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S RULE 26(f) REPORT
Case No. 2:24-cv-08471 MWC (SKx)

## I. SUMMARY OF LEGAL AND FACTUAL CONTENTIONS AND RELIEF SOUGHT

On September 29, 2024, Plaintiff filed a lawsuit (the "Complaint") in the United States District Court, Central District of California alleging two causes of action against Defendant: (1) violation of the Americans with Disability Act and (2) violation of Title VII of the Civil Rights Act of 1964. On October 17, 2024, Plaintiff served Defendant a copy of the Complaint. On November 7, 2024, Defendant timely filed an answer to the Complaint.

From October 2022 through December 2023, Amazon employed Plaintiff as a Fulfillment Associate. Before his start date, Plaintiff self-reported that he did not have a disability. From December 2022 to December 2023, Plaintiff was cited for seven safety violations and two behavioral violations. In December 2023, another associate reported observing Plaintiff holding onto a cart while sliding alongside it. When Defendant questioned Plaintiff regarding the incident, Plaintiff said he lost balance because he was wearing slippery shoes. Video footage confirmed that Plaintiff engaged in unsafe conduct in violation of Amazon policy. In December 2023, Amazon concluded Plaintiff's employment for violation of the Safety Standards of Conduct.

Defendant denies any liability to Plaintiff and denies that Plaintiff is entitled to any relief.

## II. SUBJECT MATTER JURISDICTION

This Court has diversity and federal question jurisdiction over this matter pursuant to 28 U.S. Code §§ 1331, 1332.

## III. UNCONTESTED AND CONTESTED FACTS

A. <u>Statement of Uncontested Facts</u>: At this stage of litigation, Defendant contends the following facts are uncontested:

    1. Plaintiff was employed by Defendant;

    2. Defendant retained video footage showing Plaintiff's safety

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S RULE 26(f) REPORT
Case No. 2:24-cv-08471 MWC (SKx)

2

violation resulting in the termination of his employment; and

      3.     Defendant concluded Plaintiff's employment for violation of Amazon's Safety Standards of Conduct.

  B.    <u>Statement of Contested Facts</u>: Defendant agrees to meet and confer regarding existing contested facts, if any.

In addition, Defendant presently denies all other facts in Plaintiff's Complaint. Defendant's investigation is still ongoing.

## IV.  LEGAL ISSUES

  A.    <u>Undisputed Legal Issues</u>: Defendant contends the following legal issues are uncontested:

      1.     The Parties agree that jurisdiction is proper;

      2.     The Parties agree that venue is proper;

      3.     The parties agree that California law is applicable.

  B.    <u>Disputed Legal Issues</u>: Defendant contends the following legal issues are contested:

      1.     Whether Defendant lawfully terminated Plaintiff's employment for violations of Amazon's Safety Standards of Conduct; and

      2.     Whether Plaintiff has a covered disability.

      3.     Whether Plaintiff's alleged disability played any role in the termination of his employment.

## V.  DAMAGES

  A.    <u>Defendant's Position</u>: Plaintiff is not entitled to any damages or other relief.

## VI.  PARTIES AND EVIDENCE

The sole parties are Plaintiff and Amazon.

Defendant is not yet aware of the percipient witnesses and key documents at issue in this case.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S RULE 26(f) REPORT
Case No. 2:24-cv-08471 MWC (SKx)

3

## VII. INSURANCE

Defendant does not have applicable insurance coverage.

## VIII. MANUAL FOR COMPLEX LITIGATION

Defendant prefers utilization of the procedures for the Manual for Complex Litigation.

## IX. MOTIONS

Defendant does not intend to file motions seeking to add other parties or claims, transfer venue, or challenge the Court's jurisdiction.

## X. DISPOSITIVE MOTIONS

Defendant anticipates filing a motion for summary judgment with respect to all claims alleged in the Complaint.

## XI. STATUS OF DISCOVERY

Defendant anticipates serving requests for production of documents and special interrogatories before the February 21 Scheduling Conference. No discovery has yet been completed, and there are no present discovery disputes.

## XII. DISCOVERY PLAN

A. <u>Initial Disclosures</u>: March 7, 2025

B. <u>Non-Expert Discovery Cut-Off</u>: October 24, 2025

C. <u>Expert Witness Disclosure</u>: October 31, 2025

D. <u>Expert Witness Discovery Cut-Off</u>: November 14, 2025

E. <u>Proposed Changes to Limits on Discovery</u>: None anticipated.

F. <u>Protective Order</u>: Defendant expects to file a protective order before producing documents in discovery.

G. <u>Anticipated Issues Regarding Timing, Sequencing, Phasing, or Scheduling of Discovery</u>: None anticipated by Defendant.

H. <u>Extranational Discovery</u>: None anticipated by Defendant.

I. <u>Video/Sound Deposition Recording</u>: Defendant expects to record depositions by video and sound.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S RULE 26(f) REPORT
Case No. 2:24-cv-08471 MWC (SKx)

4

J.  Proposed Mid-Discovery Status Report and Conference Date: Not anticipated at this time by Defendant.

**XIII. SETTLEMENT**

Defendant is open to a settlement conference.

**XIV. TRIAL ESTIMATE**

Defendant estimates trial will last 3-4 days.  Defendant anticipates calling fewer than 5 witnesses.  Plaintiff's Complaint requests a jury trial.

**XV. TRIAL COUNSEL**

Benjamin Buchwalter is currently lead trial counsel for Defendant.  Plaintiff is currently not represented by counsel.

**XVI. MAGISTRATE JUDGE**

Defendant does not agree to try the case before a magistrate judge.

**XVII. INDEPENDENT EXPERT OR MASTER**

At this time, it does not seem necessary to appoint a master pursuant to Federal Rule of Civil Procedure 53 or an independent scientific expert at the parties' expense.

**XVIII. BIFURCATION, PHASED TRIAL, AND EXPEDITED DISCOVERY, MOTIONS, AND TRIAL**

Defendant may move for bifurcation of punitive damages.  Defendant does not anticipate any issues regarding phased trial, expedited discovery, motions, and trial at this time.

Dated:  February 7, 2025                FARELLA BRAUN + MARTEL LLP

By:  ___*/s/ Benjamin R. Buchwalter*___
        Benjamin R. Buchwalter

Attorneys for Defendant AMAZON.COM, INC.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT'S RULE 26(f) REPORT
Case No. 2:24-cv-08471 MWC (SKx)

5